[No. 14975–0–I.   Division One.   August 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY JEROME GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00261–8, Arthur E. Piehler, J., entered June 12, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 15369–2–I.   Division One.   August 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD JAMES HOVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–01134–0, Francis E. Holman, J., entered August 31, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Pekelis, JJ.

[No. 15339–1–I.   Division One.   August 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID HENRY HILLMAN, *Defendant,* LARRY EUGENE BRUNETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00727–0, Lee Kraft, J., entered August 31, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 14686–6–I.   Division One.   August 25, 1986.]

LUMMI INDIAN TRIBE, *Appellant,* v. COLD BAY PRODUCTS, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–2–01116–5, Jack S. Kurtz, J., entered April 4, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.